*Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.

C. A. No. 76-382. STATE *v.* JOHN L. ANDREWS. The defendant's motion that this case be remanded to Superior Court for hearing on motion for bail pending appeal is granted.

At the conclusion of said hearing this case will be returned to this court forthwith. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.

APPEAL No. 76-394. ARMAND G. SILVA *et al. v.* JOHN J. CLARKE INSURANCE, INC. The plaintiff's motion to affirm the judgment of the court below pursuant to Rule 16(g) is denied. *Robert R. Afflick, David G. Lussier,* for plaintiffs. *Hanson, Curran & Parks, A. Lauriston Parks, David P. Whitman,* for defendant.

APPEAL No. 77-56. ROBERT F. CHRISTENSEN *v.* HELEN S. CHRISTENSEN. The respondent's motion that the case be remanded to Family Court for hearing on a motion for support is granted.

At the conclusion of said hearing this case will be returned to this court forthwith. *Charles J. Ajootian,* for petitioner. *Howard I. Lipsey,* for respondent.

June 13, 1977.

M. P. No. 75-195. NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY *v.* PUBLIC UTILITIES COMMISSION *et al.* Defendants' motion to withdraw their motion to *show cause* is granted. *Tillinghast, Collins & Graham, Peter J. McGinn, Louise Durfee,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for defendants.